UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAWN V. QUASHIE, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:19-CV-49-FL |
| DEPARTMENT OF VETERAN AFFAIRS ) | |
| DURHAM VA MEDICAL CENTER, ) | |
| DURHAM, and KENNETH C. ) | |
| GOLDBERG *individually and in his* ) | |
| *official capacity as the Chief of Staff for the* ) | |
| *Durham VA Healthcare System* ) | |
|       Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding service on Defendant Kuhn.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 2, 2019, that this case is dismissed WITHOUT PREJUDICE for failure to obtain service of the complaint upon defendants.

**This Judgment Filed and Entered on August 2, 2019, and Copies To:**
Conrad A. Airall  (via CM/ECF Notice of Electronic Filing)

August 2, 2019                PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk